# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA DEAN,<br><br>               Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of the Social Security Administration,<br><br>               Defendant. | Case No. 2:20-cv-00909-FLA (SKx)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the attached Report and Recommendation of the United States Magistrate Judge and any pertinent files in the record. The time for filing objections to the Report and Recommendation has passed, and no timely Objections have been filed. The court, thus, concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be accepted, and that the decision of the Commissioner of the Social Security Administration be affirmed.

Judgment shall be entered accordingly.

DATED: July 13, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge