# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA DEAN,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of the Social Security Administration,<br><br>            Defendant. | Case No. 2:20-cv-00909-FLA (SKx)<br><br>**JUDGMENT** |

    It is the judgment of this court that the decision of the Commissioner of the Social Security Administration is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Dated: July 13, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge